IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DEBORA L. HEISTAD,

    Plaintiff,

v.

                                                                                                 Case No. 1:20-cv-1614-WCG

KILOLO KIJAKAZI,
Acting Commissioner for Social Security,

    Defendant.

## ORDER REMANDING CASE

This matter is before the Court on the parties' Joint Stipulation and Motion to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

IT IS HEREBY ORDERED that this case be remanded to the agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to: proceed through the sequential evaluation process as needed to reach a decision; further develop the record if necessary; offer Plaintiff a new hearing; obtain supplemental vocational testimony if warranted; and issue a new decision.

Dated at Green Bay, Wisconsin this 10th day of September, 2021.

                                                                       s/ William C. Griesbach
                                                                       William C. Griesbach
                                                                        United States District Judge